**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RACHEL L. MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and SCANDINAVIAN TOBACCO GROUP US HOLDINGS, INC.<br><br>　　　　　Defendants. | Civil Action No. 2:26-cv-02722-JFL |

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA TO ANSWER AND/OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, Rachel L. Miller ("Plaintiff") and Defendant, The Prudential Insurance Company of America ("Prudential"), by and through their attorneys, hereby stipulate as follows:

1. On April 24, 2026, Plaintiff filed her Complaint in the above captioned matter in this Court. (ECF No. 1).

2. Currently, Prudential must answer or otherwise respond to the Complaint by July 6, 2026.

3. Prudential requires additional time to investigate the allegations in the Complaint prior to filing its answer or other response.

4. The parties have also begun initial discussions about potential case resolution, and Prudential would prefer to avoid incurring potentially unnecessary costs if the case will resolve.

5. Further, Prudential understands that Defendant Scandinavian Tobacco Group US Holdings, Inc. ("STG") is in the process of executing a waiver of service.

6. Accordingly, Plaintiff and Prudential have stipulated to a 60-day extension to answer or otherwise respond to Plaintiff's Complaint, extending Prudential's deadline to September 4, 2026.

7. The requested extension for Prudential would not delay the case, but would roughly align its time to answer or otherwise respond to the Complaint with that of co-Defendant STG.

8. Prudential has not requested any other extensions in this case. It makes this request in good faith and not for the purposes of delay. No motions are pending, and no conferences have been scheduled.

WHEREFORE, Plaintiff Rachel L. Miller and Defendant The Prudential Insurance Company of America stipulate that Defendant The Prudential Insurance Company of America shall have until September 4, 2026 to answer, move, or otherwise respond to Plaintiff's Complaint.


DATED: June 29, 2026                                    Respectfully submitted,


By:/s/ *Clifford D. Swift III*_____                     By:/s/ *Jacob Oslick* _____
(e-signed with permission)

Clifford D. Swift III (I.D. No. 66284)                  Jacob Oslick, Esq. (I.D. No. 311028)
Law Office of Clifford D. Swift III                     SEYFARTH SHAW LLP
P.O. Box 9030                                           620 Eighth Avenue Street,
Lancaster, PA 17604-9030                                New York, NY  10018-1405
(223) 529-6801                                          (212) 218-6480
cswift@cdswiftlaw.com                                   joslick@seyfarth.com


*Attorneys for Plaintiff*                               *Attorneys for Defendant*


SO ORDERED:


2

3

_____
The Honorable Joseph F. Leeson, Jr.,  U.S.D.J.