**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| RACHEL L. MILLER,　　　　　　　　　　　　：<br>　　　　　　　Plaintiff,　　　　　　　　　：<br>　　　　　　　　　　　　　　　　　　　　：<br>　　v.　　　　　　　　　　　　　　　　　：　　No.　5:26-cv-2722<br>　　　　　　　　　　　　　　　　　　　　：<br>THE PRUDENTIAL INSURANCE COMPANY OF　：<br>AMERICA, et al.,　　　　　　　　　　　　：<br>　　　　　　　Defendants.　　　　　　　　：| |

---

# O R D E R

**AND NOW**, this 30th day of June, 2026, upon consideration of the stipulation of the parties for an extension of time for Defendant, The Prudential Insurance Company of America, to file an answer to Plaintiff's Complaint, ECF No. 7, **IT IS HEREBY ORDERED THAT:**

1.　The stipulation, ECF 7, is **approved and granted in part and disapproved and denied in part**; and

2.　Defendant, The Prudential Insurance Company of America's deadline to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including September 4, 2026.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge