**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

RACHEL L. MILLER,

        Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA and
SCANDINAVIAN TOBACCO GROUP
US HOLDINGS, INC.

        Defendants.

Civil Action No. 2:26-cv-02722-JFL

WAIVER OF SERVICE OF SUMMONS
AND STIPULATION REGARDING TIME
TO ANSWER

Defendant, Scandinavian Tobacco Group US Holdings, Inc. ("STG"), by and through its undersigned counsel Pierson Ferdinand, LLP, hereby acknowledges receipt of plaintiff's request for waiver of service of a summons in the above action in the United States District Court for the Eastern District of Pennsylvania along with a copy of the Complaint filed in said action.

STG agrees to save the cost of service of a summons and an additional copy of the Complaint in this lawsuit by not requiring that STG be served with judicial process in the manner provided by Rule 4.

STG will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

STG and plaintiff hereby stipulate and agree that STG's Answer or motion under Fed. R. Civ. P. 12 shall be filed and served on or before September 4, 2026 and failing same, judgment may be entered against STG.

Dated:  June 29, 2026

LAW OFFICE OF CLIFFORD D. SWIFT III
*Attorneys for Plaintiff*


 /s/ *Clifford D. Swift III*
Clifford D. Swift III (I.D. No. 66284)
P.O. Box 9030
Lancaster, PA 17604-9030
(223) 529-6801
*cswift@cdswiftlaw.com*

PIERSON FERDINAND, LLP
*Attorneys for Defendants Scandinavian
Tobacco Group US Holdings, Inc.*


Robert P. Lesko (ID No. 71416)
276 E. Main St., Ste 10-17
Denville, New Jersey  07834
(973) 917-8686
*robert.lesko@pierferd.com*