**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

RACHEL L. MILLER,                           :
       Plaintiff,                        :
                                         :
       v.                               :     No. 5:26-cv-2722
                                         :
THE PRUDENTIAL INSURANCE              :
COMPANY OF AMERICA, *et al.*,              :
       Defendants.                      :

---

# O R D E R

**AND NOW**, this 1st day of July, 2026, upon consideration of the waiver of service of summons and stipulation regarding time to answer, ECF No. 9, **IT IS ORDERED THAT:**

1.    The stipulation, ECF No. 9, is **approved and granted in part and disapproved and denied in part** as follows:

    A.    The deadline for Defendant Scandinavian Tobacco Group US Holdings, Inc. ("STG") to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including September 4, 2026.

2.    Plaintiff is directed to file an amended proof of service stating when the waiver of service of summons was sent to STG.

                                    BY THE COURT:


                                    */s/ Joseph F. Leeson, Jr.*
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge