**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| RACHEL L. MILLER, | : | |
| Plaintiff, | : | Civil Action No. 5:26-cv-02722-JFL |
| v. | : | |
| THE PRUDENTIAL INSURANCE | : | |
| COMPANY OF AMERICA and | : | |
| SCANDINAVIAN TOBACCO GROUP | : | |
| US HOLDINGS, INC. | : | |
| Defendants. | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**AMENDED CERTIFICATE OF SERVICE**

I, Clifford D. Swift III, hereby certify that after initially mailing a copy of the complaint,

exhibits and Judge Joseph F. Leeson's Initial Procedural Order to the Scandinavian Tobacco Group

US Holdings, Inc. by certified mail on May 6, 2026, I have the 26th day of June 2026 caused a

true and correct copy of the to complaint, exhibits and Judge Joseph F. Leeson's Initial Procedural

Order to be served upon counsel for Scandinavian Tobacco Group US Holdings, Inc. listed below.

**VIA EMAIL** Robert.lesko@pierford.com

Robert Lesko, Esquire
276 E. Main Street
Suite 10-17
Denville, NJ 07834

_____
Clifford D. Swift III
Law Office of Clifford D. Swift III
P.O. Box 9030
Lancaster, PA 17604-9030
Ph. (223) 529-6801
Fx. (717) 222-5566
Email: cswift@cdswiftlaw.com